IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOHNATHAN SCOTT COOPER, Defendant. | CR 20–42–BLG–DLC ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Count I of the Indictment Without Prejudice. (Doc. 26.) The United States moves to dismiss Count I of the Indictment, charging Defendant Johnathan Scott Cooper with being a prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(8). (Docs. 11 at 2; 26.)

In support of its motion, the United States represents that it "would not be in the interests of judicial economy to conduct a trial as to Count I when a conviction as to Count II adequately addresses the conduct." (Doc. 26 at 1–2.) The Court agrees.

Accordingly, IT IS ORDERED that the motion (Doc. 26) is GRANTED.

IT IS FURTHER ORDERED that Count I of the Indictment (Doc. 11) is DISMISSED without prejudice.

1

DATED this 26th day of October, 2020.

_____

Dana L. Christensen, District Judge
United States District Court